United States District Court
Southern District of Texas
ENTERED

JUL 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 28 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DELNIK, INC., RICARDO N., INC. and GOGA BOAT WORKS, INC<br>Plaintiffs | § § § § § | B-98-112 |
| VS | § § | CIVIL ACTION NO. _____<br>(IN ADMIRALTY) |
| GULF COAST TRAWLERS, INC. and F/V JET STAR, her engines, tackle, apparel, etc., in rem<br>Defendants | § § § § § | |

## ORDER

The Court, after review of the Complaint, supporting affidavit and exhibits attached thereto, finds that conditions for an action *in rem* appear to exist, the action being one of foreclosure of a preferred maritime lien in accordance with 46 U.S.C. §31301, and accordingly, the Court authorizes, **directs** and **orders** the issuance of a Warrant of Arrest of the F/V JET STAR.

Further, the Court ORDERS that in addition to notice by publication, notice of these proceedings be given to the Master or the individual in charge of the Vessel JET STAR and such notification is to be made to such persons by Plaintiffs or their counsel, by certified mail, delivered to the last known address thereof.

SIGNED at Brownsville, Texas, this 28th day of July, 1998.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

ORDER _____ Solo Page