United States District Court
Southern District of Texas
ENTERED
JUL 29 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 28 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DELNIK, INC., RICARDO N., INC. and GOGA BOAT WORKS, INC **Plaintiffs** | § § § § § | B-98-112 |
| VS | § § | CIVIL ACTION NO. _____ (IN ADMIRALTY) |
| GULF COAST TRAWLERS, INC. and F/V JET STAR, her engines, tackle, apparel, etc., <u>in rem</u> **Defendants** | § § § § | |

## ORDER

The Court having considered the Motion of the Plaintiffs for an Order directing the United States District Clerk to issue a Writ of Seizure pursuant to Rule C of the Federal Rules of Civil Procedures against the F/V JET STAR, and being of the opinion that the Motion should be granted, it is therefore

ORDERED that the United States District Clerk for the Southern District of Texas, Brownsville Division, issue a Writ of Seizure against the Vessel JET STAR, directing the United States Marshal to arrest the Defendant Vessel on behalf of the Plaintiffs; and it is further

ORDERED that a copy of this Order be attached to and served with the said Warrant of Maritime Arrest; and it is further

ORDERED that **Ernie Puente** is hereby appointed substitute custodian and caretaker of the Defendant Vessel, JET STAR, which custodian shall, during the pendency of this suit maintain the integrity of the said vessel, her engines, tackle,

apparel, furniture, etc., preserving at all times the continuing jurisdiction of this Honorable Court; and it is further

ORDERED that the U. S. Marshall for the Southern District of Texas shall release the Defendant Vessel, JET STAR, unto **Ernie Puente**; and it is further

ORDERED that the Defendant Vessel JET STAR can be released from seizure without the necessity of further orders of this Court, provided the United States Marshal receives written authorization to do so from the attorney who requested the seizure, stating that he has conferred with all attorneys representing parties to the litigation, including attorneys for any intervenors, and they consent to the request for the release; and also provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessel.

SIGNED at Brownsville, Texas on this 28Th day of July, 1998.

_____
United States Judge

ORDER                                                                                             Page - 2