9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DELNIK, INC., RICARDO N., INC. and GOGA BOAT WORKS, INC § § §<br>Plaintiffs § §<br> § §<br>VS § §<br> § §<br>GULF COAST TRAWLERS, INC. § §<br>and F/V JET STAR, her engines, § §<br>tackle, apparel, etc., <u>in rem</u> § §<br>Defendants § | | CIVIL ACTION NO. B-98-112<br>(IN ADMIRALTY) |

United States District Court
Southern District of Texas
FILED

SEP 25 1998

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED

SEP 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER OF DEFAULT AGAINST DEFENDANT
AND ALL OTHER PERSONS CLAIMING INTEREST
IN DEFENDANT VESSEL

CAME before this Court Plaintiffs' motion for default of Defendant **Gulf Coast Trawlers, Inc.** and all other persons having any interest in the Defendant Vessel **JET STAR**, and it appearing to the Court that the Complaint in this action was filed in this Court on July 28, 1998, and that the Defendant Vessel **JET STAR** was thereafter duly arrested by the U.S. Marshal at the instance of Plaintiffs' on July 29, 1998, and that notice of this action and of the said arrest was thereafter duly published for three days in the Brownsville Herald, a newspaper of general circulation designated by this Court, admonishing all persons claiming the said vessel or having anything to say why it should not be condemned and sold to satisfy the demand of Plaintiffs, to appear and file their answers to the complaint on or before August 31, 1998, and that due notice has been given to the Defendant owner, **Gulf Coast Trawlers, Inc.,** and all other persons appearing to have an interest in the said vessel and in this proceeding, it is now

ORDERED that the Clerk enter the DEFAULT of Defendant **Gulf Coast Trawlers, Inc.** and all other persons who have failed to appear in this action, file claims to Defendant Vessel JET STAR or answer or otherwise respond to the Complaint of Plaintiffs herein.

SIGNED this 25th day of September, 1998 at Brownsville, Texas.

_____
JUDGE PRESIDING