11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 24 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DELNIK, INC., RICARDO N., INC. § <br> and GOGA BOAT WORKS, INC § <br>        Plaintiffs § <br> § <br> VS § <br> § <br> GULF COAST TRAWLERS, INC. § <br> and F/V JET STAR, her engines, § <br> tackle, apparel, etc., in rem § <br>        Defendants § | CIVIL ACTION NO. B-98-112 <br> (IN ADMIRALTY) |

## ORDER OF DISMISSAL

CAME before the Court, Plaintiffs' motion to dismiss, and on considering same, it is hereby

ORDERED, ADJUDGED and DECREED that all claims and causes of action by Plaintiffs' in the above numbered and entitled civil action as against **Gulf Coast Trawlers, Inc.**, *in personam*, are dismissed **with prejudice**, at Plaintiffs' cost;

It is further ORDERED that all claims and causes of action as against Defendant Vessel **JET STAR**, her engine, tackle, apparel, etc., *in rem*, in the above-numbered and entitled civil action are dismissed **without prejudice** to the bringing of another action concerning any of the claims asserted therein, with costs taxed against Plaintiffs';

It is further ORDERED that the U.S. Marshal immediately release the Defendant Vessel **JET STAR**, her engine, tackle, apparel, etc., *in rem*, from seizure and the custody of Ernie Puente, substitute custodian, and that the balance of the $5,000 on deposit with the U.S. Marshal after deducting custodial charges and other

Marshal costs be returned to Plaintiff **Goga Boat Works, Inc**. through its attorney-in-charge, Jack G. Carinhas, Jr.

SIGNED this 24th day of November, 1998 at Brownsville, Cameron County, Texas.

_____
UNITED STATES DISTRICT JUDGE

---

**Z 347 383 835**

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | Jack G. Carinhas |
| Street & Number | |
| Post Office, State, & ZIP Code | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | 11/24/98 |

PS Form 3800, April 1995

---

ORDER OF DISMISSAL

Page - 2